66 F.3d 310
 Frank Chiaia, David J. Granatell, Classic Sanitation
Company, Inc. of Saddle Brook, New Jersey,
Recycling Specialists, Inc.
v.
Monmouth County Prosecutor, John Kaye, Monmouth County
Assistant Prosecutor, Michael Cunningham, Monmouth
County Board of Health, Lester W.
Jargowsky, Walter Strucek
 NO. 94-5611
 United States Court of Appeals,
Third Circuit.
 Aug 31, 1995
 
 Appeal From: D.N.J., No. 93-cv-05255,
 Thompson, J.
 
 
 1
 AFFIRMED.